IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

H. E.,

          Plaintiff,

v.                                      CIVIL ACTION NO. 3:25-00611

Pressley Ridge,

          Defendant.

**MEMORANDUM OPINION AND ORDER**

Plaintiff filed the present action, referring to themselves by the initials "H. E." *See* Compl., ECF 1 ¶ 1.

"When a party wishes to file a case anonymously or under a pseudonym, it must first petition the district court for permission to do so. . . . Where no permission is granted, 'the federal courts lack jurisdiction over the unnamed parties, as a case has not been commenced with respect to them.'" *W. N. J. v. Yocom*, 257 F.3d 1171, 1172 (10th Cir. 2001) (quoting *Nat'l Commodity & Barter Ass'n v. Gibbs*, 886 F.2d 1240, 1245 (10th Cir. 1989) (per curiam)).

Since Plaintiff must ask the Court to proceed anonymously before this case can move forward, the Court **DIRECTS** Plaintiff to file a motion to proceed anonymously by **October 27, 2025**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                              ENTER:      October 20, 2025

                                              ROBERT C. CHAMBERS
                                              UNITED STATES DISTRICT JUDGE